# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0014. KUMAR v. COLEMAN.**

Appellant has filed a second emergency motion pursuant to Court of Appeals Rule 40 (b) requesting an additional extension of the time to file an application for discretionary appeal of an order entered on September 13, 2021, in Cobb County Superior Court Case No. 21106304. The motion is hereby **GRANTED** and the deadline for filing the application is extended until **November 12, 2021**.[1] Appellant is cautioned that this is his final extension for this matter.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/29/2021

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

  *Stephen E. Castlen* _____, *Clerk.*

---

[1] See Court of Appeals Rules 16 (c), 31 (i).